

# Fourth Court of Appeals
## San Antonio, Texas

May 3, 2017

No. 04-17-00183-CV

**IN THE MATTER OF J.M.L., J.L.B., E.L., R.M.B., AND M.E.L., CHILDREN**,

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2014-PA-02870
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

Appellant's brief in this appeal was due May 1, 2017. Neither the brief nor a motion for extension of time has been filed. We **order** Shawn Sheffield, appellant's court-appointed appellate attorney, to file appellant's brief by **May 15, 2017**. Appellant is advised that **no extensions of time will be granted** absent a showing of extraordinary circumstances. The court does not generally consider a heavy work schedule to be an extraordinary circumstance. If the brief is not filed by the date ordered, the court may abate the appeal and remand the case to the trial court for a hearing to determine whether appellant or counsel has abandoned this appeal. *See* TEX. FAM. CODE ANN. § 107.013(a)(1) (giving indigent persons a right to counsel in parental-rights termination cases); *In re M.S.*, 115 S.W.3d 534, 544 (Tex. 2003) (holding that this right to counsel includes the right to effective counsel).

Luz Elena D. Chapa, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 3rd day of May, 2017.

Keith E. Hottle
Clerk of Court